**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WENDY WILLIAMS,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 09-00215-KD-B** |
| **MOBILE POLICE DEPARTMENT,** | : | |
| Defendant. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 20, 2010, is **ADOPTED** as the opinion of this Court.

It is hereby **ORDERED** that this action is **DISMISSED without prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** and **ORDERED** this the **10th** day of **June 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**